UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER BRAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GILBERT VILLEGAS<br><br>　　　　　Defendants. | Case No.: 1:18-cv-00978 BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **FOR A PRISONER**, OR PAY FILING FEE WITHIN FORTY-FIVE (45) DAYS |

Plaintiff Amber Bray is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing a complaint on July 20, 2018. (Doc. No. 1.) Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

On July 20, 2018, Plaintiff filed a notice stating that she did not intend to proceed *in forma pauperis* in this action and intended to send the filing fee under separate cover. She stated that she was working on complying with the prison's requirements for the processing of legal mail and disbursing funds from her trust account. (Doc. No. 2.) However, more than two weeks have passed, and the Court has not yet been advised by the Clerk of the Court that the fee has been paid, nor has the Court had further correspondence from Plaintiff. The Court cannot hold this matter in abeyance indefinitely, and will therefore set a reasonable deadline for Plaintiff's compliance.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to Plaintiff an application to proceed *in forma pauperis* for a prisoner;

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

3. <u>No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: **August 6, 2018**      /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE