| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER BRAY,<br><br>          Plaintiff,<br><br>    v.<br><br>GILBERT VILLEGAS<br><br>          Defendants. | Case No.: 1:18-cv-00978 BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE<br><br>(Doc. No. 6) |

      Plaintiff Amber Bray is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing a complaint on July 20, 2018. (Doc. No. 1.)

      On August 6, 2018, the Court ordered Plaintiff to submit an application to proceed *in forma pauperis*, or pay the filing fee in this action, within forty-five (45) days. (Doc. No. 3.) Currently before the Court is Plaintiff's response to that order, dated August 11, 2018. (Doc. No. 6.) Plaintiff states that she is working on paying the filing fee.

      On August 15, 2018, the Clerk of the Court indicated receipt of the $400 filing fee in this case. Therefore, Plaintiff has complied with the court's order.

      Plaintiff also states that the Court's August 6, 2018 order was the third document on the docket, but she was not in receipt of the other two documents. The Court clarifies that the first document on the docket is the complaint, and the second is Plaintiff's notice regarding her intent

1

to pay the filing fee.  (Doc. Nos. 1, 2.)  Plaintiff should also be in receipt of new case documents and an order regarding consent or reassignment, issued on August 7, 2018.  (Doc. No. 4; served electronically, Doc. No. 5.)

Accordingly, it is HEREBY ORDERED that no further action need be taken regarding Plaintiff's response to the Court's August 6, 2018 order.

IT IS SO ORDERED.

Dated: **August 15, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE